Rodney MCKOWN, Appellant,

v.

Denis AGNIEL; Cranston Mitchell; Dick Moore, Appellees.

No. 03–3656.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 20, 2004.

Decided Jan. 23, 2004.

Rodney McKown, pro se, Cameron, MO, for Plaintiff–Appellant.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Missouri inmate Rodney McKown appeals the district court's[1] denial of his motion to amend his complaint in a previously dismissed 42 U.S.C. § 1983 lawsuit. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in denying the motion. Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

**1.** The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.